UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  :  Case No. 17-36692(CGM)

TACINELLI, Linda Anna  :  Chapter 13

Debtor(s)  :

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: SETERUS, INC.

**Property Address**: 2167 State Rte. 82 LaGrangeville, N.Y. 12540

**Last Four Digits of Account Number of Loan**: 9151

**File Date of Loss Mitigation request**: 10/18/17

**Date of Entry of Loss Mitigation Order**: 1/23/18

**Date of Entry of Order Approving Settlement (*if any*)**: N/A

**Other Requests for Loss Mitigation in this Case**: ____ Yes    X No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | |
|---|---|---|
| ☐ Loan modification | | ☐ Surrender of property |
| ☐ Short sale | | ☒ No agreement has been reached |
| ☐ Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



Dated: October 17, 2018
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**